AO 93 (Rev. 6/92) Search Warrant

# United States District Court

_____ DISTRICT OF IDAHO _____

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

Star Valley Trout Ranch, 2477 Wyoming Fish
Hatchery Road, Caribou County, Idaho 83110,
and a red 1999 Ford pick-up truck with a fish tank,
Wyoming license plate No. 12-108C

**SEARCH WARRANT**
CASE NUMBER: MS 07-6204

TO: __Scott Winkler__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent Scott Winkler__ who has reason to believe

that __ on the person of or _x_ on the premises known as (name, description and/or location)

Star Valley Trout Ranch, 2477 Wyoming Fish Hatchery Road, Caribou County, Idaho 83110, and a red pick-up truck with

a fish tank,

See Attachment A,

in the _____ District of __Idaho__

there is now concealed a certain person or property, namely (describe the person or property)

1.   General business charters, documents and other records of business ownership and official action.

     See Attachment B.

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __April 22, 2007.__
                                                                              Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize the same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to __Hon. Larry M. Boyle__ , as required by law.
              U.S. Judge or Magistrate Judge

April 12, 2007        10:15 a.m.        at  Boise, Idaho
Date and Time Issued                         City and State


Hon. Larry M. Boyle
United States Magistrate Judge                    [signature] Larry M. Boyle
Name and Title of Judicial Officer                Signature of Judicial Officer

AO 93 (Rev. 6/92) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 04/12/2007 | 04/12/2007 1:30 PM | ON PREMISES - OWNER NOT PRESENT |

INVENTORY MADE IN THE PRESENCE OF

SA ROY BROWN (USFWS)  WI JOHN DEMAREE (WYOMING G+F)

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

FROM 1999 RED FORD PICKUP TRUCK LICENSE WY 12-108C:
- ONE (1) LETTER DATED 03/30/07 FROM MIKE STONE OF WYOMING GAME+FISH DEPT. TO SCOTT CARLISLE dba STAR VALLEY TROUT RANCH, P.O. BOX 1266, AUBURN, WY 83110 (EVIDENCE SEIZURE TAG # 604908)

FROM BUSINESS OFFICE, STAR VALLEY TROUT RANCH, 2477 WYOMING FISH HATCHERY ROAD, CARIBOU COUNTY, ID:
- ASSORTED PAPERWORK + NOTES FROM COMPUTER DESK (EVIDENCE SEIZURE TAG # 604909 ITEM 1)
- ASSORTED PAPERWORK FROM DESK (EST # 604909 ITEM 3)
- ASSORTED PAPERWORK FROM CREDENZA DRAWER (EST # 604909 ITEM 4A)
- ASSORTED PAPERWORK FROM CREDENZA DRAWER (EST # 604909 ITEM 4B)
- ASSORTED PAPERWORK FROM TOP + SIDES OF CREDENZA (EST # 604909 ITEM 4C)
- ASSORTED PAPERWORK FROM FILE CABINET (EST # 604909 ITEM 5A)
- ASSORTED PAPERWORK FROM FILE CABINET (EST # 604909 ITEM 5B)
- ASSORTED PAPERWORK/CALENDAR FROM DESK (EST # 604909 ITEM 6A)
- ASSORTED PAPERWORK FROM DESK (EST # 604909 ITEM 6B)
- ASSORTED PAPERWORK/RECEIPTS FROM BOXES BEHIND BOOKCASES (EST # 604909 ITEM 7)
- ASSORTED PAPERWORK FROM TRASH CAN (EST # 604909 ITEM 9)
- BANK RECORDS AND PAPERWORK FROM FLOOR (EST # 604909 ITEM 10)
- ASSORTED PAPERWORK/NOTES FROM BROWN BRIEFCASE (EST # 604909 ITEM 11)
- RECEIPTS AND PAPERS FROM BOX ON FLOOR (EST # 604909 ITEM 12)
- ASSORTED PAPERWORK FROM GRAY TRASH CAN (EST # 604909 ITEM 13)
- ASSORTED PAPERWORK FROM BLACK TRASH CAN (EST # 604909 ITEM 14)

AND NO OTHER ITEMS
SPW 04/18/2007

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_Scott P. Will_

Subscribed, sworn to, and returned before me this date.

_U.S. Judge or Magistrate Judge_      4/18/07

## ATTACHMENT "A"

**STAR VALLEY TROUT RANCH**
**2477 Wyoming Fish Hatchery Road**
**Caribou County, ID 83110**

**And a red 1999 Ford pickup truck, four wheel drive, with a flat bed holding a fish tank for transporting fish to be stocked. Wyoming license plate number 12-108C, VIN 1FDXF47S7XEB43757**

At the town of Grover, WY on U.S. Highway 89 southbound, turn right onto State Highway 237. Go approximately four (4) miles to the junction of Wyoming State Highway 237 and 238. At this junction turn left (or south) onto 238 and go approximately one-half (½) mile to Lincoln County Road #134 and turn right onto this road. There is a sign on the right side of this road that says "Wyoming State Fish Hatchery." Follow Lincoln County Road 134 to the Wyoming-Idaho state line, at this point Lincoln County Road 134 becomes Stump Creek Road (approximately two miles).

Continue on Stump Creek Road until it forks to the right and goes up Stump Creek, at this fork stay to the left and follow Smokey Canyon Road to its junction with Wyoming Fish Hatchery Road (approximately two miles from the state line). Turn right onto Wyoming Fish Hatchery Road and go approximately one mile. At this point there is a road/driveway that goes off to the right and there is a sign that says "Star Valley Trout Ranch" etched into a rock with a white fish depicted on it. Turn right into the road/driveway and follow it approximately one mile until it dead-ends at the Star Valley Trout Ranch (SVTR) facilities and buildings.

As you drive up the road to the SVTR buildings you will pass on your left several earthen ponds and raceways that contain trout and there are two small log cabins along this drainage. The first buildings that you come to are two single story structures made of wood and both have silver-colored metal roofs.

The first one is a brownish color with a single door on the front, a window with white trim to the left of the door, and a sheltered overhang on the near (right) side of the building. There is a graveled area in front of this overhang. This building appears to have fish food stored in it.

The second building is a natural wood color, with multiple windows on the right side with white trim. On the right hand side of the front there is a garage door-type opening. There are several pieces of equipment parked in front of the second building, one of which is often a red Ford pick-up truck with a fish tank for transporting fish on its flat-bed. Inside this building are numerous fish tanks/raceways.

Beyond these buildings is a large log building on a small hill. According to information provided to the Affiant this lodge-type structure is used as a bed and breakfast and as a headquarters and office for both businesses. This structure is natural-wood colored. It is a log structure with a light (possibly tan) colored metal roof. The left-hand portion of the house has a steep pitched

roof and eight windows above a covered porch area on its front. The right side of the building is mostly a single-story structure with a square cupola area on its right hand end, away from the main section with the steep-pitched roof.

## ATTACHMENT "B"

(continued from Application and Affidavit for Search Warrant)

Description of property to be seized:

2. Financial statements and general accounts, books, accounts payable, accounts receivable, financial spreadsheets, and other ledgers of accounts.

3. Books of original entry, including but not limited to general, cash receipts, sales, cash disbursements, purchases, payroll, and other journals.

4. Documents showing purchases and sales of wildlife (fish) and related goods and services including, but not limited to sales and purchase invoices/receipts, billing statements, receipts, certificates of origin, and sales or purchase agreements.

5. Logs or other records used to record use of business or personal assets.

6. Correspondence with clients and employees.

7. Records that indicate the purchasing, receiving, selling, taking, or trading in interstate or foreign commerce of wildlife (fish) found in, but not limited to, memos, documents, e-mails, facsimile transmissions, telephone records, telephone books and numbers, Rolodex files, and telephone billing.

8. Maps, journals, and any other documents showing locations where fish were purchased or sold.

9. Bills of lading, shipping statements, or other copies of shipment forms representing a shipment of fish, or possible shipments of fish.

10. Address and/or telephone books, Rolodex indices and any papers reflecting names, addresses, telephone numbers, pager numbers, fax numbers and/or telex numbers of co-conspirators, sources of supply, customers, financial institutions, and other individuals of businesses doing business with the subjects named in the affidavit in support of the search warrant and their associates.

11. Records related to the operation of the trout hatchery business, license and permit applications for the business, client lists, when they ordered, what they ordered, correspondence between the **CARLISLES** and clients, documents showing payments for services, barter and trade documents for services, payments received records, and bank records showing payments from clients.

12. The following records and documents, whether contained on paper in handwritten, typed, photocopied or printed form, magnetic tape, cassettes, disks,

diskettes, photo-optical devices, or any other medium: telephone and communications activity and service billing records, and voice mail system information, stored electronic mail or communications, subscription lists and postings, access numbers, passwords, personal identification numbers (PINS), telephone and address directories, logs, notes, memoranda and correspondence relating to the transfer of files, lists of files of various type and description, including file names and the contents thereof; and

13. Any and all materials and documents indicating ownership, possession, use of, or occupancy of the address and vehicle described herein, including but not limited to: bills, receipts, credit card statements, bank statements/records, documentation of payments, correspondence, letters, notes, and other miscellaneous records which would tend to show the identity of the owners and occupants of the business office and vehicle described herein.

14. Printed materials in the form of magazines, literature, periodicals, pamphlets, brochures, newsletters, photographs, printed images, videotapes, and photographic images containing information on the fish hatchery business.

**DEPARTMENT OF THE INTERIOR**
**U.S. FISH AND WILDLIFE SERVICE**
**DIVISION OF LAW ENFORCEMENT**

# PROPERTY RECEIPT

**RECEIVED/SEIZED FROM:** Star Valley Trout Ranch DBA Scott Carlisle

**DATE AND TIME OF RECEIPT:** 4/12/07

**FILE NUMBER:** 2006602296

**RECEIVED/SEIZED BY:** SA Roy Brown

**LOCATION:** Star Valley Trout Ranch, 2437 Wyoming Fish Hatchery Rd, Caribou County, Idaho

| ITEM NO. | DESCRIPTION |
|---|---|
| Seizure tag # 604909 # | Item # 10 Bank Records & paperwork (FLOOR) |
| | " #11 Assorted Paperwork NOTES (Brown Brief case) |
| | " 1 " " (Computer DESK) |
| | " 7 Assorted Paperwork Receipts (Boxes behind book cases) |
| | " 12 Receipts & Papers (Box on floor) |
| | " 13 Assorted Paperwork (Grey Trash can) |
| | " 5 A Assorted Paperwork (Cream File Cabinet) |
| | " 5 B Assorted Paperwork (Cream File Cabinet) |
| | " 14 Assorted Paperwork (Black Trash can) |
| | 3 Assorted Paperwork/Atlas (DESK) |
| | 4A Assorted Paperwork (Credenza) drawer |
| | 4B Assorted Paperwork (Credenza) drawer |
| | 6A Assorted Paperwork/Calendar (DESK) |
| | 4C Assorted Paperwork (Credenza, top & side) |
| | 9 Assorted Paperwork (Trash can) |
| | 6B Assorted Paperwork (DESK) |

I hereby certify that the above is a correct and complete inventory of items (received/seized by) (transferred from) the undersigned officer at the above stated date, time and place, and that the said inventory was made in the presence of:

**OFFICER:** Roy E. Brown
**WITNESS:** [signature]

I hereby acknowledge receipt of a copy of this inventory and that it is true and complete:

**SIGNATURE:**

FORM 3-255 (9/81)

# PROPERTY RECEIPT

DEPARTMENT OF THE INTERIOR
U.S. FISH AND WILDLIFE SERVICE
DIVISION OF LAW ENFORCEMENT

**RECEIVED/SEIZED FROM:** Star Valley Trout Ranch 1999 Ford Pick up Truck

**DATE AND TIME OF RECEIPT:** 04/12/07

**FILE NUMBER:** 2006 02 296

**RECEIVED/SEIZED BY:** S.A. Roy Brown

**LOCATION:** Star Valley Trout Ranch, 2477 Wyoming Fish Hatchery Road, Caribou County, Idaho

| ITEM NO. | DESCRIPTION: |
|---|---|
| 1 | ST # 604908 One letter dated 03/30/07 from Mike Stone Wyoming Game & Fish Dept. to Scott Carlisle, dba Star Valley Trout Ranch, P.O. Box 1266 Auburn, WY 83110 |

Nothing Else

I hereby certify that the above is a correct and complete inventory of items (received/seized by) (transferred from) the undersigned officer at the above stated date, time and place, and that the said inventory was made in the presence of:

**OFFICER:** Roy E. Brown

**WITNESS:**

I hereby acknowledge receipt of a copy of this inventory and that it is true and complete:

**SIGNATURE:**

FORM 3-155 (9/81)